## DECLARATION OF AUSA STEVEN R. WELK

I, Steven R. Welk, declare:

1. I am an Assistant United States Attorney for the Central District of California, and the attorney primarily responsible for representing the respondents in this matter. The facts stated herein are within my personal knowledge or were made known to me through official government sources that I believe to be reliable.

2. On January 9, 2017, the government formally seized the containers at issue in this case for purposes of civil judicial forfeiture proceedings, and began transporting the containers to a government storage facility. I notified counsel for Perfectus of the seizure on or about January 12, 2017 by telephone.

3. The seizure of the containers is related to an ongoing criminal investigation that is being overseen and directed by this office.

4. On January 24, 2017, I received from Michael Bowen, counsel for Perfectus, a copy of a claim made by Perfectus under the Federal Tort Claims Act. The claim is dated January 12, 2017. A true and correct copy of the first 4 pages of the claim (excluding attachments) is attached hereto as exhibit A.

5. On March 6, 2017, having completed the transfer of the containers and having taken an inventory of said containers, CBP provided written notice to Perfectus of the seizure. A true and correct copy of the notice is attached hereto as exhibit B.

6. The government anticipates that, upon the conclusion of the related criminal investigation, it will commence formal civil judicial forfeiture

///
///
///
///
///

1 | proceedings against, or release, all of the seized containers.
2 |     I declare under penalty of perjury under the laws of the United States the
3 | foregoing is true and correct. Executed this 17th day of March, 2017 in Los
4 | Angeles, California.

                                            /s/ Steven R. Welk
                                          Steven R. Welk