NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-6166
   Facsimile: (213) 894-7177
   E-mail: Steven.Welk@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PERFECTUS ALUMINUM, INC., <br><br> Petitioner, <br><br> vs. <br><br> LORETTA SANCHEZ, ET AL., <br><br> Respondents. | NO. EDCV 16-2640 DMG (SPx) <br><br> STIPULATION AND REQUEST TO DISMISS ACTION WITHOUT PREJUDICE |

     Petitioner Perfectus Aluminum, Inc., and Respondents United States Department of Homeland Security ("DHS"); Jeh Johnson, in his capacity as Secretary of Homeland Security; United States Immigration and Customs Enforcement ("ICE"); Sarah Saldana, in her capacity as Director of ICE; United States Customs and Border Protection ("CBP"); R. Gil Kerlikowski, in his capacity as Commissioner of CBP; and Loretta Sanchez, in her capacity as Acting Port

1

Director for the Los Angeles/Long Beach Seaport, through their undersigned counsel, hereby stipulate and request that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: February 23, 2018        NICOLA T. HANNA
                                United States Attorney
                                LAWRENCE S. MIDDLETON
                                Assistant United States Attorney
                                Chief, Criminal Division

                                         /s/
                                _____
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                Attorneys for Respondents

DATED: February 23, 2018        KASOWITZ BENSON TORRES LLP

                                         /s/
                                _____
                                MICHAEL P. BOWEN (pursuant to e-mail authorization on 2/23/18)
                                ERIC D. HERSCHMANN
                                DANIEL A. SUANDERS

                                Attorneys for Petitioner
                                Perfectus Aluminum, Inc.

2