JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERFECTUS ALUMINUM, INC., | Case No.: ED CV 16-2640-DMG (SPx) |
| Petitioner, | |
| vs. | ORDER DISMISSING ACTION WITHOUT PREJUDICE [68] |
| LORETTA SANCHEZ, ET AL., | |
| Respondents. | |

    The Court, having reviewed the parties' stipulation, and finding good cause therefor, hereby ORDERS that this action is dismissed without prejudice. Each of the parties shall bear its own costs and fees associated with this action. Petitioner's Motion for Return of Property Pursuant to the Court's Equitable Jurisdiction and/or Pursuant to Fed. R. Crim. P. Rule 41(g) [Doc. # 10] is hereby DENIED as moot.

    IT IS SO ORDERED.

DATED:  February 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1